### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Renate Postelmans, ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Estate of Oren Vallevick and Daniel ) | |
| Vallevick, Personal Representative of the ) | |
| Estate of Oren Vallevick, ) | Case No. 1:24-cv-252 |
| ) | |
| Defendants. ) | |

The court held an evidentiary hearing on June 11, 2025, in Bismarck (courtroom 2). As discussed at the close of the hearing, Plaintiff shall have until July 11, 2025, to file a post-hearing brief that summarizes her claim for damages. The brief should, for example, provide an accounting of her past, present, and future earnings, her claimed damages, and how she calculated her damages.

**IT IS ORDERED.**

Dated this 13th day of June, 2025.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court