IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Renate Postelmans,<br><br>        Plaintiff,<br><br>v.<br><br>Estate of Oren Vallevik and Daniel Vallevik, Personal Representative of the Estate of Oren Vallevik,<br><br>        Defendants. | )<br>)<br>)<br>)   **ORDER**<br>)<br>)<br>)<br>)   Case No. 1:24-cv-252<br>)<br>)<br>) |

The court has scheduled a Rule 16(b) initial pretrial scheduling/discovery conference for October 8, 2025. (Doc. No. 49). On September 19, 2025, Defendant filed a Motion for Continuance. (Doc. No. 50). Advising that counsel will be out of the country during the month of October, Defendant requests that the Rule 16(b) conference be continued to a later date.

The court **GRANTS** Defendant's motion (Doc. No. 50). Rule 16(b) request shall be rescheduled for November 7, 2025, at 9:30 AM by telephone. To participate in the conference, the parties are to call (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID."

**IT IS SO ORDERED.**

Dated this 23rd day of September, 2025.

                                                          */s/ Clare R. Hochhalter*
                                                          Clare R. Hochhalter, Magistrate Judge
                                                          United States District Court