# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Renate Postelmans, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Estate of Oren Vallevik and Daniel )<br>Vallevik, Personal Representative of the )<br> Estate of Oren Vallevik, )<br>)<br>    Defendants. ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br><br><br><br>Case No. 1:24-cv-252 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on March 2, 2026, at 10:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 7th day of November, 2025.

                                                            */s/ Clare R. Hochhalter*
                                                            Clare R. Hochhalter, Magistrate Judge
                                                            United States District Court