**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Renate Postelmans,<br><br>Plaintiff,<br><br>vs.<br><br>Estate of Oren Vallevik; and Daniel Vallevik, Personal Representative of the Estate of Oren Vallevik,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER**<br><br>Case No. 1:24-cv-252 |

---

The court, on its own motion, shall continue the final pretrial conference and trial in this matter, pending final disposition of Defendants' Motion for Summary Judgment. Accordingly, the final pretrial conference on September 8, 2026, and jury trial on September 21, 2026, are canceled with the understanding that they shall be rescheduled as necessary at a later date.

**IT IS SO ORDERED.**

Dated this 31st day of August, 2026.

*/s/ Clare R. Hochhalter*
Clare R.Hochhalter, Magistrate Judge
United States District Court